IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| TEXAS MUTUAL INSURANCE COMPANY AS SUBROGEE OF LENARD GORE | § § § § | |
| Plaintiff, | § § | |
| VS. | § § | CIVIL ACTION NO. _____ |
| SNAP-ON BUSINESS SOLUTIONS, INC., SNAP-ON, INC., SNAP-ON SECURECORP, INC., SNAP-ON TOOLS COMPANY, LLC, SNAP-ON LOGISTICS COMPANY, SNAP-ON EQUIPMENT, INC. a/k/a EQUIPMENT SERVICES, INC., IDSC HOLDINGS, LLC, SIOUX TOOLS, INC., SNAP-ON POWER TOOLS, INC., and MCMASTER-CARR SUPPLY COMPANY, | § § § § § § § § § § § § § | |
| Defendants | § | |

## INDEX OF STATE COURT FILINGS

1.  Plaintiff's Original Petition and Request for Disclosure, filed 7-30-09;

2.  Dismissal for Want of Prosecution Notice, signed 8-04-09;

3.  Affidavit of Service as to Sioux Tools, Inc., served on 8-05-09, filed on 8-25-09;

4.  Affidavit of Service as to McMaster-Carr Supply Company, served on 8-05-09, filed on 8-25-09;

5.  Affidavit of Service as to Snap-On, Inc., served on 8-5-09, filed on 8-25-09;

6.  Affidavit of Service as to Snap-On Power Tools, Inc., served on 8-5-09, filed on 8-25-09;

7.  Citation served by process server on 8-05-09 to Snap-On Business Solutions, not yet filed;

INDEX OF STATE COURT FILINGS - PAGE 1

8.  Citation served by process server on 8-05-09 to Snap-On SecureCorp, Inc., not yet filed;

9.  Citation served by process server on 8-05-09 to Snap-On Tools Company, LLC, not yet filed;

10.  Citation served by process server on 8-05-09 to Snap-On Logistics Company, not yet filed;

11.  Citation served by process server on 8-05-09 to Snap-On Equipment, Inc., not yet filed;

12.  Citation served by process server on 8-5-09 to IDSC Holdings, LLC., not yet filed;

13.  the State Court Docket Sheet from Cause No. 2009-48418; 333rd Judicial District, Harris County, Texas; and

14.  Index of Counsel of Record.